# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAIRE SPENCER ) | Case Number: 10-1616 |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| CREDIT BUREAU COLLECTION ) | |
| SERVICES, INC. d/b/a CBCS ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 20th day of October, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff

Comeau & Bunker

BY: /s/ Allen R. Bunker
    Allen R. Bunker, Esquire
    Attorney for Defendant