## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAIRE SPENCER** ) | **Case Number: 10-1616** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| **CREDIT BUREAU COLLECTION** ) | |
| **SERVICES, INC. d/b/a CBCS** ) | |
| ) | |
| **Defendant** ) | |

**FILED**

OCT 2 1 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION OF DISMISSAL

AND NOW, this 20th day of October, 2010, it is hereby Stipulated and Agreed

by and between counsel for plaintiff and counsel for defendant in the above captioned

matter that the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY:  /s/ *Brent F. Vullings*
     Brent F. Vullings, Esquire
     Attorney for Plaintiff


Comeau & Bunker


BY: /s/  Allen R. Bunker
     Allen R. Bunker, Esquire
     Attorney for Defendant

*Approved.*
*C. Darnle*
*Oct 21, 2010*